FILED

04 APR 16 AM 9:21

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MARIO A. SABATES, | ) CIVIL ACTION NO.:_____ |
| | ) |
| Plaintiffs, | ) 8:04-CV-824-T-26MSS |
| v. | ) |
| | ) |
| HOWARD R. CURD, HOWARD F. | ) |
| CURD, EILEEN S. CURD, | ) |
| JESUP & LAMONT SECURITIES | ) |
| CORPORATION, and KC | ) |
| MAY SECURITIES CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF PENDENCY OF OTHER ACTION

Plaintiff, Mario A. Sabates, by counsel and pursuant to Local Rule 1.04(c), hereby gives notice of the following cases related to the above-styled action:

1.  *ROSA BELLOCCO, on behalf of herself and all others similarly situated,* Case No.: 8:02-CV-1141-T-27TBM, filed on December 5, 2002; and,

2.  *Feliciano S. Sabates and Carolyn P. Sabates v. Howard R. Curd, Howard F. Curd, Eileen S. Curd, Jesup & Lamont Securities Corporation, and KC May Securities Corporation*, has been filed concurrently with the above-styled case.

Respectfully submitted,

Dated: 4-16-04

_____
Robert R. Hearn
Fla. Bar No. 0067687
Joshua R. Heller
Fla. Bar No. 0502901
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd., Suite 1200
Tampa, Florida 33602
813-221-1010 - 813-223-7961 (FAX)

2

Donald A. Loft
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
404-233-7000
404-365-9532 (FAX)

*Attorneys for Plaintiff, Mario A. Sabates*