IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v.                                             CASE NO. 8:04-CV-824-T26MSS

HOWARD R. CURD, HOWARD F.
CURD, EILEEN S. CURD, JESUP &
LAMONT SECURITIES CORPORATION,
and KC MAY SECURITIES CORPORATION,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Tucker H. Byrd, Esq. and the law firm of Greenberg Traurig, P.A., reserving all rights to challenge the sufficiency of the Complaint, personal jurisdiction and venue, enter their appearance as counsel of record for the Defendants, HOWARD R. CURD, HOWARD F. CURD, EILEEN S. CURD, JESUP & LAMONT SECURITIES CORPORATION, and KC MAY SECURITIES CORPORATION. You are directed to serve copies of all future pleadings, motions, and notices on the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to: **ROBERT R. HEARN, ESQ. and JOSHUA R. HELLER, ESQ.,** Zuckerman Spaeder LLP, 101 East Kennedy Blvd., Suite 1200, Tampa, Florida 33602; and **DONALD A. LOFT, ESQ.**



and **ROSS A. ALBERT, ESQ.**, Morris, Manning & Martin LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326, this 17th day of May, 2004.

> GREENBERG TRAURIG, P.A.
> Attorneys for Defendants
> 450 S. Orange Avenue, Suite 650
> Orlando, Florida 32801
> Telephone: (407) 420-1000
> Facsimile: (407) 841-1295
>
> By: _____
> Tucker H. Byrd, Esq.
> Florida Bar No. 381632

orl-srv01\BYRDT\360419v01\WVV301_.DOC\5/17/04\60036.010300

2