FILED

2004 MAY 20 AM 11: 57

CLERK U.S. DISTRICT COURT
T.M.A. FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v.    CASE NO. 8:04-CV-824-T26MSS

HOWARD R. CURD, HOWARD F.
CURD, EILEEN S. CURD, JESUP &
LAMONT SECURITIES CORPORATION,
and KC MAY SECURITIES CORPORATION,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL

Ronald D. Lefton and David J. Stone, of the law firm of Greenberg Traurig LLP, under Local Rule 2.02 of the United States District Court for the Middle District of Florida, hereby gives notice of their special appearance in this matter and designates Tucker H. Byrd, Florida Bar No. 381632, of the law firm of Greenberg Traurig, P.A., who is a member of the Florida Bar and the Bar of the Middle District as the Florida attorney who shall fulfill the requirements of Local Rule 2.02(a)(1).

                              GREENBERG TRAURIG LLP
                              Attorneys for Defendants
                              885 Third Avenue
                              New York, New York 10022
                              Tel: (212) 801-2100
                              Fax: (212) 688-2449

                              By: _____
                                    Ronald D. Lefton

                              By: _____
                                    David J. Stone



## CONSENT TO DESIGNATION

I hereby designate Tucker H. Byrd of the law firm of Greenberg Traurig, P.A., 450 South Orange Avenue, Suite 650, Orlando, Florida 32801, a duly licensed and resident member of the Bar of this Court, consents to be designated as the person upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

_____<br>Tucker H. Byrd, Applicant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to: **ROBERT R. HEARN, ESQ. and JOSHUA R. HELLER, ESQ.**, Zuckerman Spaeder LLP, 101 East Kennedy Blvd., Suite 1200, Tampa, Florida 33602; and **DONALD A. LOFT, ESQ. and ROSS A. ALBERT, ESQ.**, Morris, Manning & Martin LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326, this ____ day of May, 2004.

GREENBERG TRAURIG LLP
Attorneys for Defendants
885 Third Avenue
New York, New York  10022
Tel: (212) 801-2100
Fax: (212) 688-2449

By: _____
Ronald D. Lefton

By: _____
David J. Stone