IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v.

CASE NO. 8:04-CV-824-T26MSS

HOWARD R. CURD, HOWARD F.
CURD, EILEEN S. CURD, JESUP &
LAMONT SECURITIES CORPORATION,
and KC MAY SECURITIES CORPORATION,

    Defendants.

_____/

This motion/petition/application has been duly considered and is hereby GRANTED/DENIED this 24 day of _____, 2004

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

## AGREED UPON MOTION TO ENLARGE TIME WITHIN WHICH TO FILE RESPONSE TO COMPLAINT

Defendants, HOWARD R. CURD, HOWARD F. CURD, EILEEN S. CURD, JESUP & LAMONT SECURITIES CORPORATION, and KC MAY SECURITIES CORPORATION, by counsel and with the consent of the Plaintiffs, hereby move the Court to enlarge the time within which the Defendants may file their response to the Plaintiffs' Complaint for Damages and Demand for Jury Trial (the "Complaint") through and including June 25, 2004. The grounds for this motion are set forth in the incorporated memorandum of law.

## MEMORANDUM OF LAW AND RULE 3.01(g) CERTIFICATION

Defendants Howard F. Curd, Jesup & Lamont Securities Corporation and KC May Securities Corporation were served with the Complaint on April 27, 2004. Defendants Howard R. Curd and Eileen S. Curd were served with the Complaint on April 29, 2003. Defendants' times to respond to the Complaint are May 17, 2004 and May 19, 2004, respectively. Under Local Rule 3.01(g), Defendants' counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion, and Plaintiffs' counsel agreed that in exchange for Defendant's counsel

acknowledging the sufficiency of, or accepting, service on behalf of all Defendants, expressly reserving the right to challenge the Complaint, jurisdiction, and venue on any other ground, the Plaintiffs would have no objection to the Court's enlarging the time within which all Defendants may file their response to the Complaint until and including June 25, 2004.

WHEREFORE, the Defendants request that the Court enlarge the time within which they may respond to the Complaint until June 18, 2004.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to: **ROBERT R. HEARN, ESQ. and JOSHUA R. HELLER, ESQ.**, Zuckerman Spaeder LLP, 101 East Kennedy Blvd., Suite 1200, Tampa, Florida 33602; and **DONALD A. LOFT, ESQ. and ROSS A. ALBERT, ESQ.**, Morris, Manning & Martin LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326, this 12th day of May, 2004.

GREENBERG TRAURIG, P.A.
Attorneys for Defendants
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295

By: _____
Tucker H. Byrd, Esq.
Florida Bar No. 381632

orl-srv01\BYRDT\360426v01\WVVW01_.DOC\5/17/04\60036.010300

F I L E   C O P Y

Date Printed: 05/25/2004

Notice sent to:

    ✓  Robert R. Hearn, Esq.
       Zuckerman Spaeder, L.L.P.
       101 E. Kennedy Blvd., Suite 1200
       Tampa, FL  33602

       8:04-cv-00824     ag

    ✓  Joshua Ryan Heller, Esq.
       Zuckerman Spaeder L.L.P.
       101 E. Kennedy Blvd., Suite 1200
       Tampa, FL  33602

       8:04-cv-00824     ag

    ✓  Donald A. Loft, Esq.
       Morris, Manning & Martin
       1600 Atlanta Financial Center
       3343 Peachtree Rd., N.E.
       Atlanta, GA  30326

       8:04-cv-00824     ag

    ✓  Tucker H. Byrd, Esq.
       Greenberg Traurig, P.A.
       450 S. Orange Ave., Suite 650
       P.O. Box 4923
       Orlando, FL  32802-4923

    /  8:04-cv-00824     ag

       Ronald D. Lefton, Esq.
       Greenberg Traurig, LLP
       885 3rd Ave., 21st Floor
       New York, NY  10022

       8:04-cv-00824     ag

    ✓  David J. Stone, Esq.
       Greenberg Traurig, LLP
       885 3rd Ave., 21st Floor
       New York, NY  10022

       8:04-cv-00824     ag