

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARIO A. SABATES,

    Plaintiffs,

v.                                    CASE NO: 8:04-cv-824-T-26MSS

HOWARD R. CURD,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Court will conduct a status conference in this case on **Thursday, June 10, 2004, at 10:00 a.m.**, in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, for the purpose of discussing with the parties why this case should not be consolidated with Sabates, et al. v. Curd, et al., Case number 8:04-cv-825-T-26MSS.

**DONE AND ORDERED** at Tampa, Florida, on May 24, 2004.

                                      RICHARD A. LAZZARA
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record



F I L E   C O P Y

Date Printed: 05/25/2004


Notice sent to:

✓   Robert R. Hearn, Esq.
    Zuckerman Spaeder, L.L.P.
    101 E. Kennedy Blvd., Suite 1200
    Tampa, FL   33602

    8:04-cv-00824    ag

✓   Joshua Ryan Heller, Esq.
    Zuckerman Spaeder L.L.P.
    101 E. Kennedy Blvd., Suite 1200
    Tampa, FL   33602

    8:04-cv-00824    ag

✓   Donald A. Loft, Esq.
    Morris, Manning & Martin
    1600 Atlanta Financial Center
    3343 Peachtree Rd., N.E.
    Atlanta, GA   30326

    8:04-cv-00824    ag

✓   Tucker H. Byrd, Esq.
    Greenberg Traurig, P.A.
    450 S. Orange Ave., Suite 650
    P.O. Box 4923
    Orlando, FL   32802-4923

    8:04-cv-00824    ag

✓   Ronald D. Lefton, Esq.
    Greenberg Traurig, LLP
    885 3rd Ave., 21st Floor
    New York, NY   10022

    8:04-cv-00824    ag

✓   David J. Stone, Esq.
    Greenberg Traurig, LLP
    885 3rd Ave., 21st Floor
    New York, NY   10022

    8:04-cv-00824    ag