UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiffs,

v.                                     CASE NO: 8:04-cv-824-T-26MSS

HOWARD R. CURD,

    Defendant.


FELICIANO S. SABATES, et al.,

    Plaintiffs,

v.                                       CASE NO: 8:04-cv-825-T-26MSS

CAROLYN P. SABATES, et al.,

    Defendant.
                                /

**ORDER**

The Court has been advised by counsel for the Defendants that the parties agree that these cases should be consolidated and that a stipulation to that effect will shortly be filed with the Clerk. **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:



-2-

1) The above-styled cases are hereby consolidated for all purposes.

2) All future pleadings, notices and orders shall bear the lower-numbered case and be filed in that case.

3) The Clerk is directed to administratively close case number 8:04-cv-825-T-26MSS.

4) The status conference scheduled for Thursday, June 10, 2004, at 10:00 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on June 8, 2004.

RICHARD A. LAZZARA
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

F I L E   C O P Y

Date Printed: 06/10/2004

Notice sent to:

   /  Robert R. Hearn, Esq.
      Zuckerman Spaeder, L.L.P.
      101 E. Kennedy Blvd., Suite 1200
      Tampa, FL  33602

      8:04-cv-00824    ag

   /  Joshua Ryan Heller, Esq.
      Zuckerman Spaeder L.L.P.
      101 E. Kennedy Blvd., Suite 1200
      Tampa, FL  33602

      8:04-cv-00824    ag

   /  Donald A. Loft, Esq.
      Morris, Manning & Martin
      1600 Atlanta Financial Center
      3343 Peachtree Rd., N.E.
      Atlanta, GA  30326

      8:04-cv-00824    ag



   /  Tucker H. Byrd, Esq.
      Greenberg Traurig, P.A.
      450 S. Orange Ave., Suite 650
      P.O. Box 4923
      Orlando, FL  32802-4923

      8:04-cv-00824    ag

   /  Ronald D. Lefton, Esq.
      Greenberg Traurig, LLP
      885 3rd Ave., 21st Floor
      New York, NY  10022

      8:04-cv-00824    ag

   /  David J. Stone, Esq.
      Greenberg Traurig, LLP
      885 3rd Ave., 21st Floor
      New York, NY  10022

      8:04-cv-00824    ag