IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FELICIANO S. SABATES and CAROLYN P. SABATES, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD R. CURD, HOWARD F. CURD, EILEEN S. CURD, JESUP & LAMONT SECURITIES CORPORATION, and KC MAY SECURITIES CORPORATION, <br><br> Defendants. | Case No.: 8:04-CV-825 T26MSS <br><br> 8:04-cv-824-T-26mss |

**NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL**

Donald A. Loft and Ross A. Albert, of the law firm of Morris, Manning & Martin, LLP, under Local Rule 2.02 of the United States District Court for the Middle District of Florida, hereby gives notice of their special appearance in this matter and designates Robert R. Hearn, Florida Bar No. 0067687, of the law firm of Zuckerman Spaeder, LLP, who is a member of the Florida Bar and the Bar of the Middle District as the Florida attorney who shall fulfill the requirements of Local Rule 2.02(a)(1).

Donald A. Loft
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
404-233-7000
404-365-9532 (FAX)


SCANNED

)                                      )

## CONSENT TO DESIGNATION

I hereby designate Robert R. Hearn of the law firm of Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, Florida 33602, a duly licensed and resident member of the Bar of this Court, consents to be designated as the person upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

Robert R. Hearn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to: Tucker H. Byrd, Esq., Greenberg Traurig LLP, 450 S. Orange Avenue, Suite 650, Orlando, Florida 32801 this 9th day of June 2004 via First Class U.S. mail, postage prepaid.

Attorney