# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

FILED

2004 JUN -9 AM 11:39

CLERK US DISTRICT COURT
TAMPA FLORIDA

Case Number: 8:04-CV-824-T26MS8

Plaintiff:
**MARIO A. SABATES**
vs.
Defendant:
**HOWARD R. CURD, HOWARD F. CURD, EILEEN S. CURD, JESUP &
LAMONT SECURITIES CORPORATION, AND KC MAY SECURITIES
CORPORATION**

For: Robert Hearn
    ZUCKERMAN SPAEDER, LLP

Received by CHOICE PROCESS - TAMPA on the 21st day of April, 2004 at 10:47 am to be served on **KC MAY
SECURITIES CORPORATION, CARE OF JESUP & LAMONT SECURITIES CORPORATION, 650 FIFTH
AVENUE, 3RD FLOOR, NEW YORK, NEW YORK 10019**. I, RICK LETTAU , being duly sworn,
depose and say that on the 17th day of MAY , 2004 at 6:17 A m., executed service by delivering a
true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT AND DEMAND FOR JURY TRIAL in
accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving                              as                              of
the within-named agency.

( ) SUBSTITUTE SERVICE: By serving                         as

XX CORPORATE SERVICE: By serving    HOWARD F. CURD          as
    PRESIDENT/CEO

( ) OTHER SERVICE: As described in the Comments below by serving
as

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** DESCRIPTION: Male, white skin, brown hair,
                39 years old, 5'10, 190 lbs.
SERVICE ADDRESS: 18 ELM SEA LANE MANHASSET, NY 11030

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in
which this service was made.

Subscribed and Sworn to before me on the 17th
day of May  2004 ,         by the affiant who is
personally known to me.

NOTARY PUBLIC

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2006

PROCESS SERVER # N/A
Appointed in accordance
with State Statutes

**CHOICE PROCESS - TAMPA**
P.O. Box 1215
Tampa, FL 33601
(813) 229-1444

Our Job Serial Number: 2004002389

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5 5f

13

*FILED*

∾AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

2004 JUN -9 AM II: 39

CLERK US DISTRICT COURT
TAMPA, FLORIDA

MIDDLE                    District of                    FLORIDA

MARIO A. SABATES,

       Plaintiff,                    **SUMMONS IN A CIVIL CASE**
               V.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and KC          CASE  8:04- CV- 824-T26 MSS
MAY SECURITIES CORPORATION,

       Defendants.

           TO: (Name and address of Defendant)

KC MAY SECURITIES CORPORATION
C/O JESUP & LAMONT SECURITIES CORPORATION
650 FIFTH AVE 3RD FL
NEW YORK NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT R. HEARN, ESQ.
ZUCKERMAN SPAEDER LLP
101 E. KENNEDY BLVD., STE 1200
TAMPA    FL    33602
813-221-1010
813-223-7961 FAX

an answer to the complaint which is herewith served upon you, within    20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                              1 6 APR 2004

CLERK                                        DATE

(By) DEPUTY CLERK

7389

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

|  |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05/17/04 @ 6:17 AM |
| NAME OF SERVER *(PRINT)*    RICK LETTAU | TITLE PROCESS SERVER |

FILED

2004 JUN -9 AM 11:39

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G  Returned

XX
G  Other (specify):    ACCEPTED BY: HOWARD F. CURD (PRESIDENT/CEO)
ADDRESS FOR SERVICE: 18 ELM SEA LANE MANHASSET,NY 11030
DESCRIPTION: Male, white skin, brown hair, 39 years old,
5'10, 190 lbs

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    05/17/04
Date                    *Signature of Server*

P.O. BOX 203  Carle Place, NY  11514-0203

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.