

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v.                                                                  Civil Action No. 8:04-CV-824-T26MSS
                                                                     Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

    Defendants.
_____/

FELICIANO S. SABATES and CAROLYN
P. SABATES,

    Plaintiffs,

v.                                                                  Civil Action No. 8:04-CV-824-T26MSS
                                                                     Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

    Defendants.
_____/

**JOINT STIPULATION TO STAY AND ABATE ACTIONS
AGAINST DEFENDANTS HOWARD F. CURD, EILEEN S. CURD,
JESUP & LAMONT SECURITIES CORPORATION AND KC MAY
SECURITIES CORPORATION PENDING ARBITRATION**

\\ny2-srv01\741821v01\FW#501!.DOC\6/14/04



WHEREAS, plaintiff in <u>Mario A. Sabates et al. v. Howard R. Curd, et al.</u>, Civil Action No. 8:04-CV-824-T26MSS, filed on April 16, 2004, purports to state causes of action against Howard F. Curd, Eileen S. Curd, Jesup & Lamont Securities Corporation and KC May Securities Corporation (the "Broker-Dealer Defendants");

WHEREAS, plaintiffs in <u>Feliciano S. Sabates, et al. v. Howard R. Curd, et al.</u>, Civil Action No. 8:04-CV-825-T17MSS, filed on April 16, 2004, also purport to state causes of action against the Broker-Dealer Defendants;

WHEREAS, the parties agree that it is appropriate to refer the claims against the Broker-Dealer Defendants in both above-actions to arbitration, based on the existence of purported arbitration agreements;

WHEREAS, the above actions purport to state claims against defendant Howard R. Curd, which claims are not covered by any arbitration agreement.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of the respective parties that:

1. The above actions are and shall be stayed and abated as to the Broker-Dealer Defendants pursuant to section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, pending resolution of the arbitration between the plaintiffs and the Broker-Dealer Defendants before the New York Stock Exchange, Inc., the American Stock Exchange, Inc. or the National Association of Securities Dealers, Inc..

2. Nothing in this stipulation shall affect the claims purportedly stated against Howard R. Curd.

**GREENBERG TRAURIG, LLP**

By: /s/ Ronald D. Lefton / David J. Stone
Ronald D. Lefton
David J. Stone
885 Third Avenue
New York, NY 10022
Tel: (212) 801-2100
Fax: (212) 668-2449

Attorneys for defendants EILEEN S. CURD, HOWARD F. CURD, JESUP & LAMONT SECURITIES CORPORATION, and KC MAY SECURITIES CORPORATION

**MORRIS, MANNING & MARTIN, LLP**

By: /s/ Ross A. Albert
Donald A. Loft, Trial Counsel
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 233-7000
(404) 365-9532

Attorneys for plaintiffs FELICIANO S. SABATES, CAROLYN P. SABATES AND MARIO A. SABATES