UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

CLERK'S MINUTES - CIVIL GENERAL

CASE NO.  8:04-cv-824-T-26MSS           DATE   6/29/04

TITLE   Mario A. Sabates, et al v. Howard R. Curd, et al

TIME 10:30 - 10:40                      TOTAL

Honorable  RICHARD A. LAZZARA           Deputy Clerk    Kathy Thomas

Court Reporter:  Claudia Spangler-Fry    Courtroom       15B

Attorney(s) for Plaintiff(s):            Attorney(s) for Defendant(s):
Ross Albert (Telephonic)                 Jennifer Smith (Telephonic)
Donald A. Loft (Telephonic)              Ronald D. Lefton (Telephonic)
Robert R. Hearn

**PROCEEDINGS: STATUS CONFERENCE**

Re: Arbitration: All defendants are going to arbitration except Mr. Curd. Court wants to know why court should go forward allowing Mr. Curd not to participate in arbitration. Counsel present argument to the Court. Court advises counsel that he doesn't want to hear argument. Court states that he wants to save parties time and money. Court will let the case proceed.