FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO SABATES

        Plaintiff,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION & KC MAY
SECURITIES CORPORATION,

        DEFENDANTS.
_____/

Case No.:
8:04-CV-824-T26MSS

**JUDGE RICHARD A. LAZZARA**

FELICIANO S. SABATES and
CAROLYN P. SABATES,

        Plaintiffs,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

        Defendants.
_____/

Case No.:
8:04-CV-824-T26MSS

**JUDGE RICHARD A. LAZZARA**

**DECLARATION OF RONALD D. LEFTON IN SUPPORT DEFENDANT HOWARD R.
CURD'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

I, RONALD D. LEFTON, state and declare as follows,

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendant Howard R. Curd in the above-captioned action. I have filed a Notice of Appearance and Designation of Counsel pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida. I make this declaration in support of Curd's Motion pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78-u-4(b) and (c) for an order dismissing Plaintiffs Feliciano S. Sabates, Carolyn P. Sabates, and Mario A. Sabates's Complaints. All of the documents submitted are either referred to and relied upon by Plaintiffs in their Complaints or are publicly filed with the Securities and Exchange Commission.

2. Attached hereto as Exhibit A are true and correct copies of Curd's SEC Form 4 disclosures, dated June 15, 2000, October 11, 2000, January 9, 2001, February 5, 2001 and April 10, 2001, and Curd's two (2) SEC Form 5 disclosures, dated November 10, 2001 and November 15, 2001. The attached SEC Filings disclose that in the period from February 8, 2000, through May 13, 2002, Curd purchased 485,000 shares of UTC on the open market, for a total investment of $2,780,950.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on July 8, 2004.

_____
RONALD D. LEFTON

# Exhibit A

# FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden hours per response.....0.5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**1. Name and Address of Reporting Person**
Curd, Howard R.
2 North Tamiami Trail, Suite 900
Sarasota, FL 34236

**2. Issuer Name and Ticker or Trading Symbol**
Uniroyal Technology Corporation UTCI

**4. Statement for Month/Year**: June 2000

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
- X Director
- X Officer (give title below): Chairman & Chief Executive Officer
- ___ 10% Owner
- ___ Other (specify below)

**7. Individual or Joint/Group Filing** (Check Applicable Line)
- X Form filed by One Reporting Person
- ___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/13/2000 | P | | 10,000 | A | $15.00 | | D | |
| Common Stock | 06/14/2000 | P | | 35,000 | A | $14.00 | 1,962,172 | D | |
| Common Stock | | | | | | | 36,332 | I | By 401(k) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)
SEC 1474 (3-99)
Page 1 of 2

FORM 4 (continued)

Curd, Howard R. - June 2000

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code V | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
    See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

** Signature of Reporting Person
Howard R. Curd

Date

Page 2
SEC 1474 (3-99)

Page 2 of 2

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: December 31, 2001 |
| Estimated average burden hours per response....0.5 |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
Curd, Howard R.
(Last)   (First)   (Middle)
2 North Tamiami Trail, Suite 900
(Street)
Sarasota, FL 34236
(City)   (State)   (Zip)

2. Issuer Name and Ticker or Trading Symbol
Uniroyal Technology Corporation UTCI

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
December 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
  X  Director        10% Owner
  X  Officer (give title below)     Other (specify below)
Chairman & Chief Executive Officer

7. Individual or Joint/Group Filing (Check Applicable Line)
  X  Form filed by One Reporting Person
     Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/04/2000 | P | | 50,000 | A | $7.19 | 2,012,172 | D | |
| Common Stock | | | | | | | 36,050 | I | By 401(k) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)
SEC 1474 (3-99)
Page 1 of 2

FORM 4 (continued)

Curd, Howard R. - December 2000

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**\*Signature of Reporting Person**
Howard R. Curd

Date 10/11/00

Page 2
SEC 1474 (3-99)

Page 2 of 2

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden hours per response.....0.5

1. Name and Address of Reporting Person*
Curd, Howard R.
(Last) (First) (Middle)
2 North Tamiami Trail, Suite 900
(Street)
Sarasota, FL 34236
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Uniroyal Technology Corporation UTCI

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
December 2000

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)
X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
Chairman & Chief Executive Officer

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/12/2000 | M | | 334,892 | A | $4.81 | | D | |
| Common Stock | 12/12/2000 | M | | 335,884 | A | $4.50 | | D | |
| Common Stock | 12/12/2000 | F | | 381,336 | D | $8.19 | 2,301,612 | D | |
| Common Stock | | | | | | | 36,050 | I | By 401(k) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)
SEC 1474 (3-99)
Page 1 of 3

FORM 4 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option | $4.8125 | 12/12/2000 | M | | | 334,892 | 11/30/2000 (1) | 08/20/2008 | Common Stock | | 0 | 23,214 | D | |
| Stock Option | $4.5000 | 12/12/2000 | M | | | 335,884 | 11/30/2000 (2) | 10/25/2009 | Common Stock | | 0 | 22,222 | D | |

Explanation of Responses:

See attached statement

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB number.

_____  _____
** Signature of Reporting Person    Date
Howard R. Curd

SEC MAIL RECEIVED JAN 0 9 2001 WASH. DC PROCESSING SECTION

Page 2
SEC 1474 (3-99)

Page 2 of 3

Form 4 - December 2000

Page 3 of 3

Curd, Howard R.
2 North Tamiami Trail, Suite 900
Sarasota, FL 34236

Explanation of responses:

(1) 334,892 shares at 11/30/00; an additional 23,214 shares at 8/20/01.
(2) 335,884 shares at 11/30/00; an additional 22,222 shares at 10/26/02.



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**OMB APPROVAL**
OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden hours per response......0.5

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* Curd, Howard R. | 2. Issuer Name and Ticker or Trading Symbol Uniroyal Technology Corporation UTCI | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director  X Officer (give title below)  __ 10% Owner  __ Other (specify below) Chairman & Chief Executive Officer |
|---|---|---|
| (Last) (First) (Middle) 2 North Tamiami Trail, Suite 900 (Street) Sarasota, FL 34236 (City) (State) (Zip) | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year January 2001 |
| | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person __ Form filed by More Than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/11/2001 | P | | 50,000 | A | $6.25 | | D | |
| Common Stock | 01/11/2001 | P | | 10,000 | A | $7.70 | | D | |
| Common Stock | 01/16/2001 | P | | 75,000 | A | $8.06 | | D | |
| Common Stock | 01/17/2001 | P | | 20,000 | A | $8.07 | | D | |
| Common Stock | 01/18/2001 | P | | 40,000 | A | $6.81 | 2,496,612 | D | |
| Common Stock | | | | | | | 36,050 | I | By 401(k) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)
SEC 1474 (3-99)    Page 1 of 2

FORM 4 (continued)

Curd, Howard R. - January 2001

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

*[signature]*     2/5/01
** Signature of Reporting Person     Date
Howard R. Curd

Page 2
SEC 1474 (3-99)
Page 2 of 2

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

OMB APPROVAL
OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden hours per response.....0.5

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person**

Curd, Howard R.
(Last) (First) (Middle)

2 North Tamiami Trail, Suite 900
(Street)

Sarasota, FL 34236
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Uniroyal Technology Corporation UTCI

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**
March 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
- X Director
- X Officer (give title below)
- ___ 10% Owner
- ___ Other (specify below)

Chairman & Chief Executive Officer

**7. Individual or Joint/Group Filing** (Check Applicable Line)
- X Form filed by One Reporting Person
- ___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/11/2001 | P | | 50,000 | A | $6.25 | | D | |
| Common Stock | 01/11/2001 | P | | 10,000 | A | $7.70 | | D | |
| Common Stock | 01/11/2001 | P | | 40,000 | A | $6.81 | | D | |
| Common Stock | 01/16/2001 | P | | 75,000 | A | $8.06 | | D | |
| Common Stock | 01/17/2001 | P | | 20,000 | A | $8.07 | | D | |
| Common Stock | 03/08/2001 | M | | 10,000 | A | $3.50 | | D | |
| Common Stock | 03/08/2001 | F | | 4,611 | D | $7.59 | 2,502,001 | D | |
| Common Stock | | | | | | | 36,050 | I | By 401(k) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

SEC 1474 (3-99)   (Over)

Page 1 of 2

[SEC MAIL RECEIVED APR 18 2001 PROCESSING stamp]

[Barcode: 31398677]

FORM 4 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option | $3.5000 | 03/08/2001 | M | | | 10,000 | 12/09/1998 | 03/09/2001 | Common Stock | 10,000 | | 0 | D | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, See Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

*/*Signature of Reporting Person
Howard R. Curd

Date 3/10/01

Page 2
SEC 1474 (3-99)
Page 2 of 2

# FORM 5

☐ Check box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).
☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

**OMB APPROVAL**
OMB Number: 3235-0362
Expires: December 31, 2001
Estimated average burden hours per response..... 1.0

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Curd, Howard F. | Uniroyal Technology Corporation UTCI | _X_ Director  ___ 10% Owner  ___ Officer (give title below)  ___ Other (specify below) |
| (Last) (First) (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year October 2001 |
| 2 North Tamiami Trail, Suite 900 (Street) | | 5. If Amendment, Date of Original (Month/Year) |
| Sarasota, FL 34236 | | 7. Individual or Joint/Group Reporting (check Applicable Line) |
| (City) (State) (Zip) | | _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|
| | | | Amount | (A) or (D) | Price | | | |
| Common Stock | | | | | | 452,500 | D | |

PROCESSED
NOV 26 2001
THOMSON FINANCIAL

31521218

* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Over)
SEC 2270 (3-99)  Page 1 of 2

FORM 5 (continued)

Curd, Howard F. - October 2001

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option | $8.5000 | 06/15/2001 | A | 35,000 | | 03/15/2002 | 06/15/2004 | Common Stock | 35,000 | | 35,000 | D | |

Explanation of Responses:

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

_[signature]_  11/15/01
** Signature of Reporting Person   Date
Howard F. Curd

# FORM 5

☐ Check box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See instruction 1(b).
☐ Form 3 Holdings Reported
☐ Form 4 Transactions Reported

| OMB APPROVAL |
|---|
| OMB Number: 3235-0362 |
| Expires: December 31, 2001 |
| Estimated average burden hours per response.....1.0 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Curd, Howard R. | Uniroyal Technology Corporation UTCI | X Director |
| (Last) (First) (Middle) | | X Officer (give title below) ___ 10% Owner ___ Other (specify below) |
| 2 North Tamiami Trail, Suite 900 | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | Chairman & Chief Executive Officer |
| (Street) | 4. Statement for Month/Year | 7. Individual or Joint/Group Reporting (check Applicable Line) |
| Sarasota, FL 34236 | October 2001 | X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | 5. If Amendment, Date of Original (Month/Year) | |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|
| | | | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/2001 | A | 5,816.00 | A | | 2,507,817.00 | D | |
| Common Stock | 12/27/2000 | A | 5,166.00 | A | | 42,345.00 | I | By 401(k) |

PROCESSED
NOV 2 6 2001
THOMSON FINANCIAL

31521215

* If the form is filed by more than one reporting person, see instruction 4(b)(v).

SEC 2270 (3-99)
(Over)
Page 1 of 3

FORM 5 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Year (Instr. 4) | 10. Ownership of Derivative Security; Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option | $9.02 | 04/16/2001 | A | 35,000.00 | | 01/16/2002 | 04/16/2004 | Common Stock | 35,000.00 | | 35,000.00 | D | |
| Non-Qualified Stock Option | $8.00 | 06/13/2001 | A | 487,991.0 | | (1) | 06/13/2011 | Common Stock | 487,991.00 | | 487,991.0 | D | |
| Non-Qualified Stock Option | $23.06 | | | | | 01/10/2001 | 04/10/2003 | Common Stock | 35,000.00 | | 35,000.00 | D | |
| Non-Qualified Stock Option | $4.03 | | | | | 12/25/1999 | 03/31/2002 | Common Stock | 35,000.00 | | 35,000.00 | D | |
| Stock Option | $17.25 | | | | | (2) | 04/04/2010 | Common Stock | 380,000.00 | | 380,000.0 | D | |
| Stock Option | $4.81 | | | | | 08/20/2001 | 06/20/2008 | Common Stock | 23,214.00 | | 23,214.00 | D | |
| Stock Option | $1.44 | | | | | 06/03/2000 | 06/03/2007 | Common Stock | 61,404.00 | | 61,404.00 | D | |
| Stock Options | $4.50 | | | | | 10/26/2002 | 10/26/2009 | Common Stock | 22,222.00 | | 22,222.00 | D | |
| Warrants | $4.38 | | | | | 06/07/1993 | 06/01/2003 | Common Stock | 152,600.00 | | 76,300.00 | D | |

Explanation of Responses:
See attached statement

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

*Signature of Reporting Person*
Howard R. Curd

Date: 11/15/01

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Form 5 - October 2001

Page 3 of 3

Curd, Howard R.
2 North Tamiami Trail, Suite 900
Sarasota, FL 34236

**Explanation of responses:**

(1) 1/3 at 12/13/01; 2/3 at 6/13/02; all at 12/13/02

(2) 60% at 10/4/01; 100% at 4/4/03