UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

        Plaintiff,

v.                                                    Case No.: 8:04-CV-824-RAL-MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

        Defendants.
_____/

FELICIANO S. SABATES and
CAROLYN P. SABATES,

        Plaintiffs,

v.                                                    Case No.: 8:04-CV-825-T26MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

        Defendants.
_____/

**STIPULATED MOTION TO EXTEND TIME
FOR PLAINTIFFS TO FILE AMENDED COMPLAINTS
<u>AND INCORPORATED MEMORANDUM OF LAW</u>**

        Plaintiffs, by undersigned counsel and pursuant to Rule 6(b) of the Federal Rules

of Civil Procedure and Local Rule 3.01, hereby respectfully request that this Court extend

the time in which they may file amended complaints up to and including September 10,

2004.  The grounds for this motion are set out in the incorporated memorandum of law.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . . .

Fed. R. Civ. P. 6(b).

This Court by Order entered on July 12, 2004 (the "July 12 Order") required Plaintiffs in these consolidated cases to file amended complaints within 20 days, or on or before August 2, 2004. In the July 12 Order this Court required Defendant Howard R. Curd to file his response within 20 days of receipt of the amended complaints. The parties are currently exploring the possibility of a global settlement, including settlement of plaintiffs' claims against other defendants that are currently stayed pending arbitration. Given these circumstances, the parties agree that it is appropriate to extend the time in which plaintiffs may file amended complaints up to and including September 10, 2004 (and that Defendant Howard R. Curd would file his response on or before November 12, 2004).

WHEREFORE, with Defendant's consent, Plaintiffs respectfully request that this Court grant their motion to extend the time in which they may file amended complaints up to and including September 10, 2004.

## CERTIFICATE OF COMPLIANCE WITH M.D. LOC. R. 3.01(g)

Plaintiffs have conferred with opposing counsel in a good faith attempt to resolve

the issues raised by this motion.  Defendants <u>have consented</u> to the relief requested

herein.


Date:  <u>7/28/2004</u>                  By:    <u>s/ Joshua R. Heller</u>

 Robert R. Hearn

 Fla. Bar No. 0067687

 rhearn@zuckerman.com

 Joshua R. Heller

 Fla. Bar No. 0502901

 jheller@zuckerman.com

 ZUCKERMAN SPAEDER LLP

 101 East Kennedy Blvd., Suite 1200

 Tampa, FL  33602

 Tel: (813) 221-1010

 Fax: (813) 223-7961

 and

 Donald A. Loft, Trial Counsel

 Georgia Bar No. 455706

 Ross A. Albert

 Georgia Bar No. 007749

 MORRIS, MANNING & MARTIN, LLP

 1600 Atlanta Financial Center

 3343 Peachtree Road, N.E.

 Atlanta, GA 30326

 Tel: (404) 233-7000

 Fax: (404) 365-9532

 Attorneys for Plaintiffs, MARIO A. SABATES, FELICIANO S. SABATES and CAROLYN P. SABATES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2004, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following: Tucker H. Byrd, Esq., Greenberg Traurig LLP, 450 S. Orange

Avenue, Suite 650, Orlando, Florida 32801 and Ronald D. Lefton, Esq. Greenberg

Traurig, LLP, 885 3rd Avenue, 21st Floor, New York, NY 10022.

s/ Joshua R. Heller
Attorney