UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v.      CASE NO:  8:04-cv-824-T-17MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION,

    Defendants.
_____

FELICIANO S. SABATES and
CAROLYN P. SABATES,

    Plaintiffs,

v.      CASE NO:  8:04-cv-825-T26MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION

_____/

**O R D E R**

    Before the Court is Plaintiffs' Motion to Reinstate Claims Against Defendant KC May Securities Corporation and Incorporated Memorandum of Law which Defendant KC May Securities Corporation opposes.  Notwithstanding Defendant's opposition, the Court is of the opinion that it would be more appropriate to grant the motion but without prejudice to Defendant filing a motion to compel arbitration.  By proceeding in this manner, any decision the Court

renders on a motion to compel arbitration would be immediately appealable.

Accordingly, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Reinstate Claims Against Defendant KC May Securities (Dkt. 48) is granted.

2) Plaintiff's claims against Defendant KC May Securities are reinstated in this case.

3) Defendant KC May Securities shall be allowed to file a motion to compel arbitration should it so elect, such motion to be filed on or before January 21, 2005, with Plaintiffs' response being due on or before February 4, 2005.

**DONE AND ORDERED** at Tampa, Florida, on January 4, 2005.

s/
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record