UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

       Plaintiff,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

       Defendants.

Civil Action No. 8:04-CV-824-T17MSS

Lazzara, J.

_____

FELICIANO S. SABATES and
CAROLYN P. SABATES,

       Plaintiffs,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

       Defendants.
_____/

Civil Action No. 8:04-CV-825-T26MSS

Lazzara, J.

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME**
**AND INCORPORATED MEMORANDUM OF LAW**

    The parties, by undersigned counsel and pursuant to Rule 6(b) of the Federal

Rules of Civil Procedure and Local Rule 3.01, hereby respectfully request that this Court extend the time in which Plaintiffs may respond to Defendant Howard R. Curd's motion to dismiss up to and including Friday, February 25, 2005. The grounds for this motion are set out in the incorporated memorandum of law.

### MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . . .

By Order entered on January 24, 2005, this Court granted Plaintiffs' Unopposed Motion to Modify Page Limits and for Extension of Time, such that Plaintiffs' opposition to Defendant Howard R. Curd's motion to dismiss is currently due on or before February 18, 2005. Plaintiffs have complied with all other provisions of the January 24 Order, by, among other things, timely filing their opposition to Defendant KC May Securities Corporation's Motion to Compel or Stay on February 4, 2005. Plaintiffs now require a brief additional extension of time – one week – in which to file their opposition to Defendant Howard R. Curd's motion to dismiss. Defendant Howard R. Curd stipulates to the relief sought by this motion.

This relief is being sought in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time in

2

which Plaintiffs may respond to Defendant Howard R. Curd's motion to dismiss up to and including Friday, February 25, 2005.

**GREENBERG TRAURIG, LLP**

By: /s/ David J. Stone
Ronald D. Lefton
David J. Stone
885 Third Avenue
New York, NY 10022
Tel: (212) 801-2100
Fax: (212) 668-2449

Attorneys for defendant HOWARD R. CURD

**MORRIS, MANNING & MARTIN, LLP**

By: /s/ Ross A. Albert
Donald A. Loft, Trial Counsel
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 233-7000
(404) 365-9532

Attorneys for plaintiffs FELICIANO S. SABATES, CAROLYN P. SABATES AND MARIO A. SABATES

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tucker H. Byrd, Esq., Greenberg Traurig LLP, 450 S. Orange Avenue, Suite 650, Orlando, Florida 32801; Ronald D. Lefton, Esq. Greenberg Traurig, LLP, 885 3rd Avenue, 21st Floor, New York, NY 10022; and Robert R. Hearn, Esq., Joshua R. Heller, Esq., Zuckerman Spaeder LLP, 101 E. Kennedy Blvd., Suite 1200, Tampa, Florida 33602 and a copy will be forwarded by First Class U.S. Mail to party listed below.

Donald A. Loft, Esq.
Morris Manning & Martin
3343 Peachtree Rd NE – Ste 1600
Atlanta   GA   30326

/s/Joshua R. Heller
Attorney