UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

    Plaintiff,

v().                                                               Civil Action No. 8:04-CV-824-T17MSS
                                                                Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

    Defendants.
_____

FELICIANO S. SABATES and
CAROLYN P. SABATES,

    Plaintiffs,

v.                                                               Civil Action No. 8:04-CV-825-T26MSS
                                                                Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiffs, by undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 3.01, hereby respectfully request that this Court extend the time in which Plaintiffs may respond to Defendant Howard R. Curd's motion to dismiss up to and

including Friday, March 11, 2005. Pursuant to Local Rule 3.01(g), undersigned counsel for Plaintiffs certify that they have conferred in good faith with Defendants' counsel, and Defendants' counsel have represented that they do not oppose this motion. The grounds for this motion are set out in the incorporated memorandum of law.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by . . . order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . . .

By endorsed Order entered on February 10, 2005, this Court granted the Joint Stipulated Motion for Extension of Time, such that Plaintiffs' opposition to Defendant Howard R. Curd's motion to dismiss is currently due on or before February 25, 2005. Plaintiffs now require a brief additional extension of time—two weeks—in which to file their opposition to Defendant Howard R. Curd's motion to dismiss. Plaintiffs represent that they will seek no further extensions in connection with this motion.

Undersigned lead counsel at Morris, Manning & Martin have a discovery deadline of February 25 in another major case, *Official Committee of Unsecured Creditors of General Time Corporation v. Frederick Pistilli*, Adversary Proceeding No. 03-9217 (Bankr. N.D. Ga.), and currently have six depositions scheduled or tentatively scheduled for Monday through Friday next week – three of these depositions have been scheduled at the last minute by opposing counsel in *General Time*, with little or no notice. During the following week, the week of February 28, the Morris Manning lawyer who has performed virtually all the substantive work in this case has longstanding plans to travel to a legal seminar in Washington, D.C., "The SEC

2

Speaks in 2005," and will be out of the office for three days in connection with that seminar. Earlier this week, undersigned counsel thought they had reached an agreement with Defendants' counsel regarding a briefing schedule, pursuant to which Plaintiffs would have had until at least March 25 to respond to Howard R. Curd's motion to dismiss, but that agreement fell apart yesterday.[1] Plaintiffs have agreed to every reasonable extension request Defendants have made in this case.

As set out above, undersigned counsel represent that they will seek no further extensions in connection with this motion.

This relief is being sought in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs respectfully request that this Court extend the time in which Plaintiffs may respond to Defendant Howard R. Curd's motion to dismiss up to and including Friday, March 11, 2005.

Respectfully submitted,

Dated: 02/18/2005             By:   /s/ Robert R. Hearn
                                    Robert R. Hearn
                                    Bar No. 0067687
                                    Joshua R. Heller
                                    Bar No. 0502901
                                    ZUCKERMAN SPAEDER LLP
                                    101 E. Kennedy Blvd., Suite 1200
                                    Tampa, Florida 33602
                                    813-221-1010
                                    813-223-7961 (FAX)

---

[1] Furthermore, to the extent the Court may believe that local counsel can complete and prepare a response, local counsel will be in Tallahassee for the week of February 21 taking discovery in an administrative proceeding, *American Clinical Laboratory Association, et al. v. Agency for*

    and

    Donald A. Loft, Trial Counsel
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 233-7000
(404) 365-9532 (FAX)

Attorneys for Plaintiffs FELICIANO S. SABATES, CAROLYN P. SABATES AND MARIO A. SABATES

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tucker H. Byrd, Esq., Greenberg Traurig LLP, 450 S. Orange Avenue, Suite 650, Orlando, Florida 32801 and Ronald D. Lefton, Esq. Greenberg Traurig, LLP, 885 3rd Avenue, 21st Floor, New York, NY 10022.

    /s/Robert R. Hearn
    Attorney

---

*Health Care Administration*, 04-4651RU (Fla. Div. Admin. Hngs.), which is set for trial March 1 through 4, 2005.