**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARIO A. SABATES,

          Plaintiff,

v.                                                             CASE NO: 8:04-cv-824-T-17MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION,

          Defendants.
_____

FELICIANO S. SABATES and
CAROLYN P. SABATES,

          Plaintiffs,

v.                                                              CASE NO: 8:04-cv-825-T-26MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION

          Defendants.
_____/

**O R D E R**

       The Court has this day entered a Case Management and Scheduling Order based on the parties' Case Management Report. However, given the parties' statements and positions with regard to dispositive motions, the Court deems it necessary to issue this order to notify the parties of this Court's policy regarding motions for summary judgment.

       The parties are directed to Paragraph 6(a) of the Case Management and Scheduling

Order, specifically the language which advises that "[m]ultiple motions for summary judgment will not be permitted." The parties are also directed to Paragraph 6(c) which provides in part that "[a]ny party opposing a motion for summary judgment shall file a memorandum of law in opposition no later than the time allotted pursuant to Local Rule 3.01(b)." Finally, the Court directs the parties attention to Local Rule 3.01(b) which provides in part that "[n]o other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court[,]" meaning no reply to a memorandum in opposition is allowed without prior permission of the Court.

**DONE AND ORDERED** at Tampa, Florida, on April 1, 2005.

/s/
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record