**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROSA BELLOCCO, On Behalf of
Herself and all Others Similarly
Situated,
              Plaintiff(s),

v.                                   Case No.: 8:02-CV-1141-T-27TBM
                                        Whittemore, J.

HOWARD R. CURD, ROBERT L. SORAN,
and GEORGE J. ZULANAS, JR.,

              Defendants.
_____/

MARIO A. SABATES,
            Plaintiff,

v.                                   Case No. 8:04-CV-824-T26MSS
                                        Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,
            Defendants.
_____/

FELICIANO S. SABATES and
CAROLYN P. SABATES,
            Plaintiffs,
v.                                   Case No. 8:04-CV-824-T26MSS
                                        Lazzara, J.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,
            Defendants.
_____/

### DEFENDANTS HOWARD R. CURD AND KC MAY SECURITIES CORPORATION'S REQUEST FOR ORAL ARGUMENT ON MOTION TO CONSOLIDATE

| | |
|---|---|
| GREENBERG TRAURIG, P.A. | GREENBERG TRAURIG, LLP |
| Tucker H. Byrd, Esq. | Ronald D. Lefton, Esq. |
| (Florida Bar No. 381632) | David J. Stone, Esq. |
| 450 South Orange Avenue | 885 Third Avenue |
| Suite 650 | New York, New York  10022 |
| Orlando, Florida 32801 | Tel: (212) 801-2100 |
| Tel: (407) 420-1000 | Fax: (212) 688-2449 |
| Fax: (407) 420-5909 | Special Appearance Pursuant to Loc. R. 2.0 |
| | **Attorneys for Defendant HOWARD R. CURD AND KC MAY SECURITIES CORPORATION** |

PLEASE TAKE NOTICE, that pursuant to Local Rule 3.01(d), Defendants Howard R. Curd and KC May Securities Corporation hereby request oral argument on their Motion to Consolidate, dated May 6, 2005.  Defendants estimate that 15 minutes would be required for oral argument.

Dated: May 6, 2005

                                      GREENBERG TRAURIG, LLP


                                      By:___s/_Ronald D. Lefton____
                                         Ronald D. Lefton
                                         David J. Stone
                                         Admitted in both actions
                                 885 Third Avenue
                                 New York, New York  10022
                                 Tel: 212-801-2100
                                 Fax: 212-688-2449

                                 - and –

GREENBERG TRAURIG, P.A.

Tucker H. Byrd
Florida Bar No. 381632
450 South Orange Avenue
Suite 650
Orlando, Florida 32801
Tel: (407) 420-1000
Facsimile: (407) 420-5909

Attorneys for **DEFENDANT HOWARD R. CURD and KC MAY SECURITIES CORPORATION**

I HEREBY CERTIFY on this 6th day of May, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Ross A. Albert, Esq.**
Counsel for Plaintiffs Mario A. Sabates,
Felix S. Sabates and Carolyn P. Sabates

**Robert R. Hearn, Esq., and Joshua R. Heller, Esq.**
Counsel for Plaintiff Mario A. Sabates,
Felix S. Sabates and Carolyn P. Sabates

I also hereby certify that that true and correct copies of the have been furnished by Federal Express, overnight delivery, to lead Plaintiffs' counsel in the *Bellocco* Action, Bernstein Leibhard & Lifshitz, LLP and Barker, Rodems & Cook, and by U.S. mail to all other counsel at their respective addresses listed on the attached service list, this 6th day of May, 2005.

/s/  Ronald D. Lefton
GREENBERG TRAURIG, LLP
Admitted in this both actions
MetLife Building
200 Park Avenue, 15th Floor
New York, NY 10166
(212) 801-9200

## BELLOCCO ACTION SERVICE LIST

Jeffrey M. Haber, Esq.
Felicia Stern, Esq.
Bernstein Leibhard & Lifshitz, LLP
10 E. 40th Street
22nd Floor
New York, NY 10016

Andrew Schatz, Esq.
Wayne T. Boulton, Esq.
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106-1851

John G. Emerson, Esq.
The Emerson Firm
1509 Louisiana, Suite C & D
Little Rock, AR 72202-5094

Kenneth J. Vinale, Esq.
Tara Isaacson, Esq.
Milberg Weiss Bershad, et al.
5355 Town Center Road, Suite 900
Boca Raton, FL 33486

Paul J. Geller, Esq.
Howard R. Coates, Esq.
Jack Reise, Esq.
Cauley, Geller Bowman & Coates, LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko
16 W. 46th Street, 7th Floor
New York, NY 10036

Elizabeth Shattuck Finberg, Esq.
Cohen Milstein Hausfeld, et al.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3965

Charles J. Piven, Esq.
Law Offices of Charles J. Piven, P.A.
World Trade Center, Suite 2525
401 E. Pratt Street
Baltimore, MD 21202

Oliver J. Janney, Esq.
Uniroyal Technology Corporation
3401 Cragmont Drive
Tampa, Florida 33619

Marc A. Topaz, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Frederick W. Gerkens, III, Esq.
Wechsler, Harwood, Halebian, et al.
488 Madison Avenue, 8th Floor
New York, NY 10022

John R. Bush, Esq.
Ross Gardner Warren & Rudy, P.A.
220 South Franklin Street
P.O. Box 3913
Tampa, FL 33601-3913

Chris Barker, Esq.
Barker, Rodems & Cook
300 W. Platt Street, Suite 150
Tampa, FL 33606