UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

        Plaintiff,

v.                                    CASE NO:  8:04-cv-824-T-17MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION,

        Defendants.
_____

FELICIANO S. SABATES and
CAROLYN P. SABATES,

        Plaintiffs,

v.                                    CASE NO:  8:04-cv-825-T-26MSS

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES CORPORATION

        Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that

Defendants' Motion to Consolidate (Dkt. 86) is denied without prejudice to Judge

Whittemore deciding the issue of consolidation because the earliest filed case has been assigned to him. See Local Rule 1.04(b).

**DONE AND ORDERED** at Tampa, Florida, on May 9, 2005.

       s/
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record