# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROSA BELLOCCO, On Behalf of
Herself and all Others Similarly Situated,

          Plaintiff(s),

v.

HOWARD R. CURD, ROBERT L. SORAN,
and GEORGE J. ZULANAS, JR.,

          Defendants.

_____/

Civil Action No. 8:02-CV-1141-T-27TBM
Whittemore, J.

MARIO A. SABATES,

          Plaintiff,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and KC MAY
SECURITIES CORPORATION,

          Defendants.

_____/

Civil Action No. 8:04-CV-824-T17MSS
Lazzara, J.

FELICIANO S. SABATES and
CAROLYN P. SABATES,

          Plaintiffs,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and KC MAY
SECURITIES CORPORATION,

          Defendants.

_____/

Civil Action No. 8:04-CV-825-T26MSS
Lazzara, J.

## JOINT NOTICE OF INTENT TO MEDIATE

       PLEASE TAKE NOTICE that Plaintiffs Feliciano S. Curd, Carolyn P. Sabates and Mario

A. Sabates and Defendants Howard R. Curd and KC May Securities Corporation (collectively

the "Parties") have agreed to mediate their disputes with the intention of resolving all pending

claims between them.  The Parties expect to conduct the mediation within the next month, and

will advise the Court of the outcome of the mediation within one week following the conclusion

of the sessions(s).

Dated:  May 26, 2005

**GREENBERG TRAURIG, LLP**

By: _____

    Ronald D. Lefton
    David J. Stone
    MetLife Building
    200 Park Avenue, 15th Floor
    New York, NY 10166
    Tel: (212) 801-9200
    Fax: (212) 801-6400

Attorneys for Defendants HOWARD R.
CURD and KC MAY SECURITIES
CORPORATION

**ZUCKERMAN SPAEDER LLP**

By: _____

    Robert R. Hearn
    Florida Bar No. 0067687
    ZUCKERMAN SPAEDER LLP
    101 E. Kennedy Blvd, Suite 1200
    Tampa,  Florida  33602
    (813) 221-1010 – (813) 223-7961 fax

and

**MORRIS MANNING & MARTIN LLP**

By: _____

    Donald A. Loft, Trial Counsel
    Georgia Bar No. 455706
    Ross A. Albert
    Georgia Bar No. 007749
    MORRIS MANNING & MARTIN
    1600 Atlanta Financial Center
    3343 Peachtree Road, N.E.
    Atlanta, GA 30326
    (404) 233-7000
    (404) 365-9532

Attorneys for Plaintiffs FELICIANO S.
SABATES, CAROLYN P. SABATES AND
MARIO A. SABATES

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Ross Albert, Esq., Tucker H. Byrd, Donald D. Lefton, David J. Stone, Joshua R. Heller, Jennifer L. Tomsen; and a copy of the foregoing together with a copy of the Notice of Electronic Filing was sent to Donald A. Lott, Esq., Morris Manning & Martin, 3343 Peachtree Rd., N.E., Atlanta, Georgia 30326-1044 via First Class U.S. Mail, postage prepaid.

/s Robert R. Hearn
Attorney