UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO A. SABATES,

        Plaintiff,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

        Defendants.
_____/

Case No. 8:04-CV-824-RAL-MSS

Lazzara, J.

FELICIANO S. SABATES and
CAROLYN P. SABATES,

        Plaintiffs,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and
KC MAY SECURITIES
CORPORATION,

        Defendants.
_____/

Case No. 8:04-CV-824-RAL-MSS

Lazzara, J.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that all claims asserted by Plaintiffs against each Defendant are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), and without costs or disbursements to any of the respective parties as against any other.

Dated: May 9, 2005

| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br><br>By: *[signature]*<br>Ronald D. Lefton<br>David J. Stone<br>Admitted for this action<br>MetLife Building<br>200 Park Avenue, 15th Floor<br>New York, New York 10166<br>Tel: 212-801-9200<br>Fax: 212-801-6400<br><br>- and -<br><br>GREENBERG TRAURIG, P.A.<br>Tucker H. Byrd<br>Florida Bar No. 381632<br>450 S. Orange Ave., Suite 650<br>Orlando, Florida 32801<br>Tel: 407 420-1000<br>Fax: 407 420-5909<br><br>**Attorneys for DEFENDANTS HOWARD R. CURD, HOWARD F. CURD, EILEEN S. CURD and KC MAY SECURITIES CORPORATION** | **MORRIS, MANNING & MARTIN, LLP**<br><br>By: *[signature]*<br>Ross A. Albert<br>Admitted for this action<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE Ste. 1600<br>Atlanta, Georgia 30326<br>Tel: 404-233-7000<br>Fax: 404-365-9532<br><br>- and -<br><br>ZUCKERMAN SPAEDER LLP<br>Robert R. Hearn<br>Bar No. 0067687<br>101 E. Kennedy Blvd., Ste. 1200<br>Tampa, Florida 33602<br>Tel: 813-221-1010<br>Fax: 813-223-7961<br><br>**Attorneys for PLAINTIFFS FELICIANO S. SABATES, CAROLYN P. SABATES and MARIO A. SABATES** |

**BRAUNER BARON ROSENZWEIG & KLEIN, LLP**

By: *[signature]*
Howard L. Simon
61 Broadway, 18th Floor
New York, New York 10006
Tel: 212 – 797 – 9100
Fax: 212 – 797 – 9161

**Attorneys for DEFENDANT JESUP AND LAMONT SECURITIES CORPORATION**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tucker H. Byrd, Esq., Greenberg Traurig LLP, 450 S. Orange Avenue, Suite 650, Orlando, Florida 32801 and Ronald D. Lefton, Esq. Greenberg Traurig, LLP, 885 3rd Avenue, 21st Floor, New York, NY 10022; and that a copy was mailed via 1st Class U.S. mail to Howard L. Simon, Esq., 61 Broadway, 18th Floor, New York, New York 10006.

s/Robert R. Hearn
Attorney